## LIST OF CASE CAPTIONS

| Plaintiffs | Docket No. | Court |
|---|---|---|
| Daniel F. Thomas | 2:16-cv-326 | Central District of California |
| Marsha Gibson, R. Dale Gibson | 2:16-cv-3930 | Central District of California |
| Susanna Tsiryulnikova | 2:16-cv-4046 | Central District of California |
| Brenda Sears, Robert Sears | 1:16-cv-65 | Eastern District of California |
| Karen Reynolds, Delmar Scott Reynolds | 1:16-cv-357 | Eastern District of California |
| Athalean Harper-Mosley | 1:16-cv-609 | Eastern District of California |
| Travis Vickers, Stacey Vickers | 1:16-cv-737 | Eastern District of California |
| Stephanie Pamintuan | 3:16-cv-254 | Northern District of California |
| Wilette Reese | 8:16-cv-116 | Middle District of Florida |
| Ben Naiven Bowman | 8:16-cv-117 | Middle District of Florida |
| Gary R. Clarke | 2:16-cv-447 | Middle District of Florida |
| Rita Perez | 3:16-cv-251 | Northern District of Florida |
| David Viechec, Cassie Viechec | 3:16-cv-291 | Northern District of Florida |
| Nicholas T. Meyer | 1:16-cv-191 | Southern District of Indiana |
| Diana Kinder, Brooke Chapman | 1:16-cv-170 | District of Maryland |
| James R. Davis | 1:16-cv-171 | District of Maryland |
| Matthew T. Schaap | 1:16-cv-172 | District of Maryland |
| Stephen Butler, Harlen Castillo | 1:16-cv-173 | District of Maryland |
| Denise Miley, Brad Miley | 0:16-cv-67 | District of Minnesota |
| Thomas Leland | 6:16-cv-3023 | Western District of Missouri |
| Angel Clark, Richard Clark | 3:16-cv-1313 | District of New Jersey |
| Debbra Cottrell | 3:16-cv-1802 | District of New Jersey |
| Geneva Johnson | 3:16-cv-1841 | District of New Jersey |

| Plaintiffs | Docket No. | Court |
|---|---|---|
| Marc S. Tripler, Dawn M. Tripler | 2:16-cv-244 | Eastern District of Pennsylvania |
| Joseph Edgar, Merideth Edgar | 1:16-cv-654 | Middle District of Pennsylvania |
| Joanna Bowman, John Bowman, Jr. | 1:16-cv-1140 | Middle District of Pennsylvania |