## <u>CERTIFICATE OF SERVICE</u>

I, Matthew A. Campbell, hereby certify that on July 7, 2016 I caused a copy of the

foregoing to be filed through the Panel's CM/ECF system, which will serve all counsel of record.

<u>Service List</u>

***Counsel for Plaintiff Daniel F. Thomas***,
*Central District of California, Case No. 2:16-cv-00326*

Gary L. Wilson
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com

Michael A. Geibelson
Roman M. Silberfeld
ROBINS KAPLAN LLP
2049 Century Park East Suite 3400
Los Angeles, CA 90067
310.552.0130
mageibelson@rkmc.com
rsilberfeld@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,***
*Central District of California, Case No. 2:16-cv-000326*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

1

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

*Counsel for Plaintiffs Marsha Gibson and R. Dale Gibson,*
*Central District of California, Case No. 2:16-cv-03930*

Christopher P. Ridout
Caleb Marker
ZIMMERMAN REED, LLP
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
877.500.8780
christopher.ridout@zimmreed.com
caleb.marker@zimmreed.com

J. Gordon Rudd, Jr.
ZIMMERMAN REED, LLP
80 South 8th Street, 1100 IDS Center
Minneapolis, MN 55402
612.341.0400
gordon.rudd@zimmreed.com

*Counsel for Defendant Bristol-Myers Squibb Co.,*
*Central District of California, Case No. 2:16-cv-03930*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW

Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

*Counsel for Plaintiff Susanna Tsiryulnikova,*
*Central District of California, Case No. 2:16-cv-04046*

Gary L. Wilson
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com

Michael A. Geibelson
Roman M. Silberfeld
ROBINS KAPLAN LLP
2049 Century Park East Suite 3400
Los Angeles, CA 90067
310.552.0130
mageibelson@rkmc.com
rsilberfeld@robinskaplan.com

*Counsel for Defendant Bristol-Myers Squibb Co.,*
*Central District of California, Case No. 2:16-cv-04046*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

3

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

> ***Counsel for Plaintiffs Brenda Sears and Robert Sears,***
> *Eastern District of California, Case No. 1:16-cv-00065*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

> ***Counsel for Defendant Bristol-Myers Squibb Co.,***
> *Eastern District of California, Case No. 1:16-cv-00065*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

***Counsel for Plaintiffs Karen Reynolds and Delmar Scott Reynolds,***
*Eastern District of California, Case No. 1:16-cv-00357*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,***
*Eastern District of California, Case No. 1:16-cv-00357*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson

HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

*Counsel for Plaintiff Athalean Harper-Mosley,*
*Eastern District of California, Case No. 1:16-cv-00609*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

*Counsel for Defendant Bristol-Myers Squibb Co.,*
*Eastern District of California, Case No. 1:16-cv-00609*

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

*Counsel for Plaintiffs Travis Vickers and Stacey Vickers,*
*Eastern District of California, Case No. 1:16-cv-00737*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,***
*Eastern District of California, Case No. 1:16-cv-00737*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

***Counsel for Plaintiff Stephanie Pamintuan,***
*Northern District of California, Case No. 3:16-cv-00254*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,***
*Northern District of California, Case No. 3:16-cv-00254*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107

anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

*Counsel for Plaintiff Wilette Reese,*
*Middle District of Florida, Case No. 8:16-cv-00116*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

Lawrence A. Farese
Michael R. Whitt
ROBINS KAPLAN LLP
711 6th Avenue South, Suite 201
Naples, FL 34102
239.213.1973
lfarese@robinskaplan.com
mwhitt@robinskaplan.com

*Counsel for Defendant Bristol-Myers Squibb Co.,*
*Middle District of Florida, Case No. 8:16-cv-00116*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022

8

212.715.1107
anand.agneshwar@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

David J. Walz
Edward W. Gerecke
CARLTON FIELDS JORDEN BURT, PA
4221 W Boy Scout Blvd Ste 1000
PO Box 3239
Tampa, FL 33601
813.223.7000
dwalz@carltonfields.com
egerecke@carltonfields.com

*Counsel for Plaintiff Ben Naiven Bowman,*
*Middle District of Florida, Case No. 8:16-cv-00117*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

Lawrence A. Farese
Michael R. Whitt
ROBINS KAPLAN LLP
711 6th Avenue South, Suite 201
Naples, FL 34102

239.213.1973
lfarese@robinskaplan.com
mwhitt@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,*
*Middle District of Florida, Case No. 8:16-cv-00117***

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

David J. Walz
Edward W. Gerecke
CARLTON FIELDS JORDEN BURT, PA
4221 W Boy Scout Blvd Ste 1000
PO Box 3239
Tampa, FL 33601
813.223.7000
dwalz@carltonfields.com
egerecke@carltonfields.com

***Counsel for Plaintiff Gary R. Clarke,*
*Middle District of Florida, Case No. 2:16-cv-00447***

George T. Williamson
FARR, EMERICH, HACKETT, & CARR, P.A.
99 Nesbit Street
Punta Gorda, FL 33950

941.639.1158
gwilliamson@farr.com

**Counsel for Defendant Bristol-Myers Squibb Co.,**
*Middle District of Florida, Case No. 2:16-cv-00447*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

David J. Walz
Edward W. Gerecke
CARLTON FIELDS JORDEN BURT, PA
4221 W Boy Scout Blvd Ste 1000
PO Box 3239
Tampa, FL 33601
813.223.7000
dwalz@carltonfields.com
egerecke@carltonfields.com

**Counsel for Plaintiff Rita Perez,**
*Northern District of Florida, Case No. 3:16-cv-00251*

B. Kristian Rasmussen
Stephen Hunt
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

11

205.328.2200
shunt@corywatson.com
krasmussen@corywatson.com

**Counsel for Defendant Bristol-Myers Squibb Co.,**
*Northern District of Florida, Case No. 3:16-cv-00251*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

David J. Walz
Edward W. Gerecke
CARLTON FIELDS JORDEN BURT, PA
4221 W Boy Scout Blvd Ste 1000
PO Box 3239
Tampa, FL 33601
813.223.7000
dwalz@carltonfields.com
egerecke@carltonfields.com

**Counsel for Plaintiffs David Viechec and Cassie Viechec,**
*Northern District of Florida, Case No. 3:16-cv-00291*

B. Kristian Rasmussen
Ernest Cory
Stephen Hunt
Mitchell Theodore

CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
205.328.2200
ecory@corywatson.com
shunt@corywatson.com
krasmussen@corywatson.com
mtheodore@corywatson.com

### *Counsel for Defendant Bristol-Myers Squibb Co.,*
*Northern District of Florida, Case No. 3:16-cv-00291*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

David J. Walz
Edward W. Gerecke
CARLTON FIELDS JORDEN BURT, PA
4221 W Boy Scout Blvd Ste 1000
PO Box 3239
Tampa, FL 33601
813.223.7000
dwalz@carltonfields.com
egerecke@carltonfields.com

***Counsel for Plaintiff Nicholas T. Meyer,***
*Southern District of Indiana, Case No. 1:16-cv-00191*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,***
*Southern District of Indiana, Case No. 1:16-cv-00191*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

Andrew J. Detherage

Jan M. Carroll
BARNES & THORNBURG LLP (Indianapolis)
11 South Meridian Street
Indianapolis, IN 46204
317.231.7717
andy.detherage@btlaw.com
jan.carroll@btlaw.com

*Counsel for Plaintiffs Diana Kinder and Brooke Chapman,*
*District of Maryland, Case No. 1:16-cv-00170*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

David M. Kopstein
Philip Peter Kuljurgis
KOPSTEIN AND ASSOCIATES, LLC
9831 Greenbelt Road, Suite 205
Seabrook, MD 20706
301.552.3330
dkopstein@cox.net
philip_kuljurgis@comcast.net

*Counsel for Defendant Bristol-Myers Squibb Co.,*
*District of Maryland, Case No. 1:16-cv-00170*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606

matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

**_Counsel for Plaintiff James R. Davis,_**
**_District of Maryland, Case No. 1:16-cv-00171_**

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

David M. Kopstein
Philip Peter Kuljurgis
KOPSTEIN AND ASSOCIATES, LLC
9831 Greenbelt Road, Suite 205
Seabrook, MD 20706
301.552.3330
dkopstein@cox.net
philip_kuljurgis@comcast.net

**_Counsel for Defendant Bristol-Myers Squibb Co.,_**
**_District of Maryland, Case No. 1:16-cv-00171_**

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022

212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

***Counsel for Plaintiff Matthew T. Schaap,***
*District of Maryland, Case No. 1:16-cv-00172*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

David M. Kopstein
Philip Peter Kuljurgis
KOPSTEIN AND ASSOCIATES, LLC
9831 Greenbelt Road, Suite 205
Seabrook, MD 20706
301.552.3330
dkopstein@cox.net
philip_kuljurgis@comcast.net

17

*Counsel for Defendant Bristol-Myers Squibb Co.,*
*District of Maryland, Case No. 1:16-cv-00172*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

*Counsel for Plaintiffs Stephen Butler and Harlen Castillo,*
*District of Maryland, Case No. 1:16-cv-00173*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

David M. Kopstein
Philip Peter Kuljurgis
KOPSTEIN AND ASSOCIATES, LLC
9831 Greenbelt Road, Suite 205
Seabrook, MD 20706
301.552.3330
dkopstein@cox.net
philip_kuljurgis@comcast.net

*Counsel for Defendant Bristol-Myers Squibb Co.,*
*District of Maryland, Case No. 1:16-cv-00173*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

*Counsel for Plaintiffs Denise Miley and Brad Miley,*
*District of Minnesota, Case No. 0:16-cv-00067*

Gary L. Wilson
Munir R. Meghjee

Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

### *Counsel for Defendant Bristol-Myers Squibb Co.,*
*District of Minnesota, Case No. 0:16-cv-00067*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

Clifford M. Greene
Jenny Gassman-Pines
GREENE ESPEL PLLP
222 South 9th Street, Suite 2200
Minneapolis, MN 55402
612.373.0830

cgreene@greeneespel.com
jgassman-pines@greeneespel.com

**Counsel for Plaintiff Thomas Leland,**
*Western District of Missouri, Case No. 6:16-cv-03023*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
Andrew J. Kabat
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com
akabat@robinskaplan.com

**Counsel for Defendant Bristol-Myers Squibb Co.,**
*Western District of Missouri, Case No. 6:16-cv-03023*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202

410.659.2700
lauren.colton@hoganlovells.com

Michael J. Patton
Jeffrey T. Davis
TURNER, REID, DUNCAN, LOOMER & PATTON
1355 E. Bradford Parkway, Suite A
Springfield, MO 65804
417.883.2102
mpatton@trdlp.com
jdavis@trdlp.com

*Counsel for Plaintiffs Angel Clark and Richard Clark,*
*District of New Jersey, Case No. 3:16-cv-01313*

Rayna Elizabeth Kessler
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
212.980.7431
rkessler@robinskaplan.com

*Counsel for Defendant Bristol-Myers Squibb Co.,*
*District of New Jersey, Case No. 3:16-cv-01313*

David W. Field
Gavin J. Rooney
LOWENSTEIN SANDLER, PC
65 Livingston Avenue
Roseland, NJ 07068
973.597.2500
dfield@lowenstein.com
grooney@lowenstein.com

*Counsel for Plaintiff Debbra Cottrell,*
*District of New Jersey, Case No. 3:16-cv-01802*

Rayna Elizabeth Kessler
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
212.980.7431
rkessler@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,***
*District of New Jersey, Case No. 3:16-cv-01802*

David W. Field
Gavin J. Rooney
LOWENSTEIN SANDLER, PC
65 Livingston Avenue
Roseland, NJ 07068
973.597.2500
dfield@lowenstein.com
grooney@lowenstein.com

Robert Benjamin Sobel
ARNOLD & PORTER
399 Park Avenue
New York, NY 10022
212.715.1057
robert.sobelman@aporter.com

***Counsel for Plaintiff Geneva Johnson,***
*District of New Jersey, Case No. 3:16-cv-01841*

Rayna Elizabeth Kessler
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
212.980.7431
rkessler@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,***
*District of New Jersey, Case No. 3:16-cv-01841*

David W. Field
Gavin J. Rooney
LOWENSTEIN SANDLER, PC
65 Livingston Avenue
Roseland, NJ 07068
973.597.2500
dfield@lowenstein.com
grooney@lowenstein.com

Robert Benjamin Sobel
ARNOLD & PORTER
399 Park Avenue
New York, NY 10022
212.715.1057
robert.sobelman@aporter.com

***Counsel for Plaintiffs Marc S. Tripler and Dawn M. Tripler,***
*Eastern District of Pennsylvania, Case No. 2:16-cv-00244*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

Rayna Elizabeth Kessler
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
212.980.7431
rkessler@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,***
*Eastern District of Pennsylvania, Case No. 2:16-cv-00244*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein
ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

Stephen A. Loney, Jr.
HOGAN & HARTSON LLP
1835 Market Street
Philadelphia, PA 19103
267.675.4677
stephen.loney@hoganlovells.com

**Counsel for Plaintiffs Joseph Edgar and Merideth Edgar,**
*Middle District of Pennsylvania, Case No. 1:16-cv-00654*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

Rayna Elizabeth Kessler
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
212.980.7431
rkessler@robinskaplan.com

**Counsel for Defendant Bristol-Myers Squibb Co.,**
*Middle District of Pennsylvania, Case No. 1:16-cv-00654*

Anand Agneshwar
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
212.715.1107
anand.agneshwar@aporter.com

Matthew Eisenstein

25

ARNOLD & PORTER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
202.942.6606
matthew.eisenstein@aporter.com

Barry J. Thompson
HOGAN LOVELLS LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
310.785.4600
barry.thompson@hoganlovells.com

Lauren S. Colton
HOGAN LOVELLS LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410.659.2700
lauren.colton@hoganlovells.com

Stephen A. Loney, Jr.
HOGAN & HARTSON LLP
1835 Market Street
Philadelphia, PA 19103
267.675.4677
saloney@hhlaw.com

*Counsel for Plaintiffs Joanna Bowman and John Bowman, Jr.,*
*Middle District of Pennsylvania, Case No. 1:16-cv-01140*

Gary L. Wilson
Munir R. Meghjee
Megan J. McKenzie
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2105
612.349.8413
gwilson@robinskaplan.com
mmeghjee@robinskaplan.com
mmckenzie@robinskaplan.com

Rayna Elizabeth Kessler
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
212.980.7431

rkessler@robinskaplan.com

***Counsel for Defendant Bristol-Myers Squibb Co.,***
*Middle District of Pennsylvania, Case No. 1:16-cv-01140*

Stephen A. Loney, Jr.
HOGAN & HARTSON LLP
1835 Market Street, 29th Floor
Philadelphia, PA 19103
267.675.4677
saloney@hhlaw.com

Dated: July 7, 2016                                        By: */s/ Matthew A. Campbell*
                                                           Matthew A. Campbell
                                                           WINSTON & STRAWN LLP
                                                           1700 K Street, NW
                                                           Washington, DC 20006
                                                           202.282.5000
                                                           macampbe@winston.com