BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION | MDL No. 2734<br><br>Gary L. Wilson Parties Represented and List of Short Case Captions |
|---|---|

| Plaintiffs Represented by Gary Wilson | Case Name | Docket No. | Court |
|---|---|---|---|
| Plaintiff Daniel Thomas | *Thomas v. Bristol- Myers Squibb Co., et al.* | 2:16-cv-326 | Central District of California |
| Plaintiff Susanna Tsiryulnikova | *Tsiryulnikova v. Bristol- Myers Squibb Co., et al.* | 2:16-cv-4046 | Central District of California |
| Plaintiff Athalene Harper Mosley | *Harper-Mosley v.Bristol-Myers Squibb Co., et al.* | 1:16-cv-609 | Eastern District of California |
| Plaintiffs Karen and Delmar Reynolds | *Reynolds, et al. v. Bristol- Myers Squibb Co., et al.* | 1:16-cv-357 | Eastern District of California |
| Plaintiffs Brenda and Robert Sears | *Sears, et al. v. Bristol-Myers Squibb Co. et al.* | 1:16-cv-65 | Eastern District of California |
| Plaintiffs Travis and Stacey Vickers | *Vickers, et al. v. Bristol-Myers Squibb Co., et al.* | 1:16-cv-737 | Eastern District of California |
| Plaintiff Stephanie Pamintuan | *Pamintuan v. Bristol- Myers Squibb Co., et al.* | 3:16-cv-254 | Northern District of California |

| Plaintiffs Represented by Gary Wilson | Case Name | Docket No. | Court |
|---|---|---|---|
| Plaintiffs Molly and Eric Adams | *Adams v. Bristol-Myers Squibb Company, et al.* | 1:16-cv-1674 | District of Colorado |
| Plaintiffs Richard and Courtney Campbell | *Campbell v. Bristol-Myers Squibb Company, et al.* | 3:16-cv-1098 | District of Connecticut |
| Plaintiff Ben Bowman | *Bowman, Ben v. Bristol- Myers Squibb Co., et al.* | 8:16-cv-117 | Middle District of Florida |
| Plaintiff Wilette Reese | *Reese v. Bristol-Myers Squibb Co., et al.* | 8:16-cv-116 | Middle District of Florida |
| Plaintiff Nicholas Meyer | *Meyer v. Bristol-Myers Squibb Co., et al.* | 1:16-cv-191 | Southern District of Indiana |
| Plaintiffs Stephen Butler and Harlen Castillo | *Butler et al. v. Bristol- Myers Squibb Co., et al.* | 1:16-cv-173 | District of Maryland |
| Plaintiff James Davis | *Davis v. Bristol-Myers Squibb Co., et al.* | 1:16-cv-171 | District of Maryland |
| Plaintiffs Diana Kinder and Brooke Chapman | *Kinder et al. v. Bristol- Myers Squibb Co., et al.* | 1:16-cv-170 | District of Maryland |
| Plaintiff Matthew Schaap | *Schaap v. Bristol-Myers Squibb Co., et al.* | 1:16-cv-172 | District of Maryland |

| Plaintiffs Represented by Gary Wilson | Case Name | Docket No. | Court |
|---|---|---|---|
| Plaintiffs Denise and Brad Miley | *Miley, et al. v. Bristol-Myers Squibb Co., et al.* | 0:16-cv-67 | District of Minnesota |
| Plaintiff Thomas Leland | *Leland v. Bristol-Myers Squibb Co., et al.* | 6:16-cv-3023 | Western District of Missouri |
| Plaintiffs Renee and Brandon Foley | *Foley v. Bristol-Myers Squibb Co., et al.* | 2:16-cv-1596 | District of Nevada |
| Plaintiffs David and Migdalia Stirling | *Stirling v. Bristol-Myers Squibb Co., et al.* | 2:16-cv-1597 | District of Nevada |
| Plaintiffs Angel and Richard Clark | *Clark, et al. v. Bristol-Myers Squibb Co., et al.* | 3:16-cv-1313 | District of New Jersey |
| Plaintiff Debbra Cottrell | *Cottrell v. Bristol-Myers Squibb Co., et al.* | 3:16-cv-1802 | District of New Jersey |
| Plaintiff Scott Johnson | *Johnson v. Bristol-Myers Squibb Co., et al.* | 3:16-cv-1841 | District of New Jersey |
| Plaintiffs Marc and Dawn Tripler | *Tripler, et al. v. Bristol-Myers Squibb Co., et al.* | 2:16-cv-244 | Eastern District of Pennsylvania |
| Plaintiffs Joseph and Merideth Edgar | *Edgar, et al. v. Bristol-Myers Squibb Co., et al.* | 1:16-cv-654 | Middle District of Pennsylvania |

3

| **Plaintiffs Represented by Gary Wilson** | **Case Name** | **Docket No.** | **Court** |
|---|---|---|---|
| Plaintiffs Joanna and John Bowman | *Bowman, et al. v. Bristol-Myers Squibb Co., et al.* | 1:16-cv-01140 | Middle District of Pennsylvania |

Dated: July 8, 2016

Respectfully submitted,

**ROBINS KAPLAN LLP**

By: */s/ Gary L. Wilson*
_____
Gary L. Wilson (MN Bar # 179012)

800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
Email: *GWilson@RobinsKaplan.com*